IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | **Chapter 13 Proceeding** |
| **Michael Ross Johnson** | : | **Case No. 17-62759** |
| Debtor. | : | **Judge John Gustafson** |

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), Trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and Debtor(s) have completed all payments under the Chapter 13 Plan:

**Part 1: Mortgage Information**

Creditor Name: **SN Servicing Corporation**
Court Proof of Claim number: **005A**
Last 4 digits of any number used to identify account: **9696;7574/arrears**
Property Address: **6078 Glen Drive, Sherrodsville, OH 44675**

**Part 2: Cure Amount**

Total cure disbursements made by Trustee:

| | |
|---|---|
| a. Allowed prepetition arrearage: | (a) $15,143.60 |
| b. Prepetition arrearage paid by Trustee: | **(b) $15,143.60** |
| c. Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $0.00 |
| d. Amount of post-petition fees, expenses and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by Trustee: | **(d) $0.00** |
| e. Allowed post-petition arrearage: | (e) $0.00 |
| f. Post-petition arrearage paid by Trustee: | **(f) $0.00** |
| g. **TOTAL.** Add lines b, d, and f. | **(g) $15,143.60** |

**Part 3: Post-petition Mortgage payment**

X     Mortgage is paid through Trustee.
      Current monthly mortgage payment: **$706.97**
      Next post-petition payment is due on: **May 2023**

      Mortgage is paid directly by Debtor(s).

**Part 4: A Response is Required by Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), Creditor must file and serve on Debtor(s), their Counsel, and Trustee, within 21 days after service of this notice, a statement indicating whether Creditor agrees that Debtor(s) have paid in full the amount required to cure the default and stating whether Debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject Creditor to further action of the Court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by Trustee is attached to copies of this notice sent to Debtor(s) and Creditor.

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, a true and correct copy of the Notice of Final Cure Payment was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Nicole Rohr-Metzger, Counsel for Michael Ross Johnson, at nicole@thrushandrohr.com

and by regular U.S. mail, postage prepaid, upon:

Michael Ross Johnson, Debtor
6078 Glen Drive
Sherrodsville, OH 44675

SN Servicing Corporation, Creditor
323 Fifth Street
Eureka, CA 95501

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 005 | 1 | 03.14.2023 | 23_03 | SN Servicing Corporation | Prewritten Check/Computer | 872751 | 706.97 | 706.97 | 0.00 |
| Cleared: | | | | | Posted: 03.14.2023 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 02.28.2023 | 23_02 | SN Servicing Corporation | System Disbursement | 872737 | 706.97 | 706.97 | 0.00 |
| Cleared: 03.02.2023 | | | | | Posted: 02.28.2023 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 01.31.2023 | 23_01 | SN Servicing Corporation | System Disbursement | 871750 | 1,413.94 | 1,413.94 | 0.00 |
| Cleared: 02.02.2023 | | | | | Posted: 01.31.2023 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 11.30.2022 | 22_11 | SN Servicing Corporation | System Disbursement | 869565 | 706.97 | 706.97 | 0.00 |
| Cleared: 12.02.2022 | | | | | Posted: 11.30.2022 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 10.31.2022 | 22_10 | SN Servicing Corporation | System Disbursement | 868512 | 706.97 | 706.97 | 0.00 |
| Cleared: 11.02.2022 | | | | | Posted: 10.31.2022 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 09.30.2022 | 22_09 | SN Servicing Corporation | System Disbursement | 867412 | 692.09 | 692.09 | 0.00 |
| Cleared: 10.04.2022 | | | | | Posted: 09.30.2022 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 08.31.2022 | 22_08 | SN Servicing Corporation | System Disbursement | 866283 | 692.09 | 692.09 | 0.00 |
| Cleared: 09.02.2022 | | | | | Posted: 08.31.2022 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 07.29.2022 | 22_07 | SN Servicing Corporation | System Disbursement | 865061 | 692.09 | 692.09 | 0.00 |
| Cleared: 08.02.2022 | | | | | Posted: 07.29.2022 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 06.30.2022 | 22_06 | SN Servicing Corporation | System Disbursement | 863965 | 692.09 | 692.09 | 0.00 |
| Cleared: 07.01.2022 | | | | | Posted: 06.30.2022 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 05.31.2022 | 22_05 | SN Servicing Corporation | System Disbursement | 862802 | 692.09 | 692.09 | 0.00 |
| Cleared: 06.02.2022 | | | | | Posted: 05.31.2022 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 04.29.2022 | 22_04 | SN Servicing Corporation | System Disbursement | 861684 | 692.09 | 692.09 | 0.00 |
| Cleared: 05.03.2022 | | | | | Posted: 04.29.2022 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 03.31.2022 | 22_03 | SN Servicing Corporation | System Disbursement | 860633 | 692.09 | 692.09 | 0.00 |
| Cleared: 04.01.2022 | | | | | Posted: 03.31.2022 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 02.28.2022 | 22_02 | SN Servicing Corporation | System Disbursement | 859471 | 692.09 | 692.09 | 0.00 |
| Cleared: 03.02.2022 | | | | | Posted: 02.28.2022 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 01.31.2022 | 22_01 | SN Servicing Corporation | System Disbursement | 858421 | 692.09 | 692.09 | 0.00 |
| Cleared: 02.02.2022 | | | | | Posted: 01.31.2022 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 12.30.2021 | 21_12 | SN Servicing Corporation | System Disbursement | 857346 | 692.09 | 692.09 | 0.00 |
| Cleared: 12.31.2021 | | | | | Posted: 12.30.2021 323 Fifth Street Eureka CA 95501- | | | | | |
| 3 | 005 | 1 | 11.30.2021 | 21_11 | SN Servicing Corporation | System Disbursement | 856195 | 692.09 | 692.09 | 0.00 |
| Cleared: 12.02.2021 | | | | | Posted: 11.30.2021 323 Fifth Street Eureka CA 95501- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 005 | 1 | 10.29.2021 | 21_10 | SN Servicing Corporation | System Disbursement | 855050 | 692.09 | 692.09 | 0.00 |
| Cleared: 11.02.2021 | | | Posted: 10.29.2021 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 09.30.2021 | 21_09 | SN Servicing Corporation | System Disbursement | 853841 | 723.69 | 723.69 | 0.00 |
| Cleared: 10.04.2021 | | | Posted: 09.30.2021 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 08.31.2021 | 21_08 | SN Servicing Corporation | System Disbursement | 852584 | 723.69 | 723.69 | 0.00 |
| Cleared: 09.02.2021 | | | Posted: 09.01.2021 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 07.30.2021 | 21_07 | SN Servicing Corporation | System Disbursement | 851305 | 723.69 | 723.69 | 0.00 |
| Cleared: 08.03.2021 | | | Posted: 07.30.2021 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 06.30.2021 | 21_06 | SN Servicing Corporation | System Disbursement | 849734 | 723.69 | 723.69 | 0.00 |
| Cleared: 07.02.2021 | | | Posted: 06.30.2021 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 05.28.2021 | 21_05 | SN Servicing Corporation | System Disbursement | 848456 | 1,447.38 | 1,447.38 | 0.00 |
| Cleared: 06.02.2021 | | | Posted: 05.28.2021 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 03.31.2021 | 21_03 | SN Servicing Corporation | System Disbursement | 845611 | 1,447.38 | 1,447.38 | 0.00 |
| Cleared: 04.02.2021 | | | Posted: 03.31.2021 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 01.29.2021 | 21_01 | SN Servicing Corporation | System Disbursement | 842860 | 1,447.38 | 1,447.38 | 0.00 |
| Cleared: 02.02.2021 | | | Posted: 01.29.2021 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 11.30.2020 | 20_11 | SN Servicing Corporation | System Disbursement | 839988 | 723.69 | 723.69 | 0.00 |
| Cleared: 12.02.2020 | | | Posted: 11.30.2020 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 10.30.2020 | 20_10 | SN Servicing Corporation | System Disbursement | 838575 | 723.69 | 723.69 | 0.00 |
| Cleared: 11.30.2020 | | | Posted: 10.30.2020 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 09.30.2020 | 20_09 | SN Servicing Corporation | System Disbursement | 837190 | 703.75 | 703.75 | 0.00 |
| Cleared: 10.30.2020 | | | Posted: 09.30.2020 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 08.31.2020 | 20_08 | SN Servicing Corporation | System Disbursement | 835782 | 703.75 | 703.75 | 0.00 |
| Cleared: 09.02.2020 | | | Posted: 08.31.2020 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 07.31.2020 | 20_07 | SN Servicing Corporation | System Disbursement | 834433 | 703.75 | 703.75 | 0.00 |
| Cleared: 08.04.2020 | | | Posted: 07.31.2020 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 06.30.2020 | 20_06 | SN Servicing Corporation | System Disbursement | 833091 | 1,407.50 | 1,407.50 | 0.00 |
| Cleared: 07.02.2020 | | | Posted: 06.30.2020 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 05.29.2020 | 20_05 | SN Servicing Corporation | System Disbursement | 831688 | 703.75 | 703.75 | 0.00 |
| Cleared: 06.02.2020 | | | Posted: 05.29.2020 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 03.31.2020 | 20_03 | SN Servicing Corporation | System Disbursement | 828901 | 703.75 | 703.75 | 0.00 |
| Cleared: 04.02.2020 | | | Posted: 03.31.2020 | | 323 Fifth Street   Eureka  CA  95501- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **DISBURSEMENTS** through 03/15/2023 | | **CASE NUMBER** 1762759 **DEBTOR** Johnson, Michael Ross | | | |
| 3 | 005 | 1 | 02.28.2020 | 20_02 | SN Servicing Corporation | System Disbursement | 827311 | 703.75 | 703.75 | 0.00 |
| | | | Cleared: 03.03.2020 | Posted: 02.28.2020 | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 01.31.2020 | 20_01 | SN Servicing Corporation | System Disbursement | 825879 | 703.75 | 703.75 | 0.00 |
| | | | Cleared: 02.04.2020 | Posted: 01.31.2020 | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 12.31.2019 | 19_12 | SN Servicing Corporation | System Disbursement | 824314 | 703.75 | 703.75 | 0.00 |
| | | | Cleared: 01.02.2020 | Posted: 12.31.2019 | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 11.27.2019 | 19_11 | SN Servicing Corporation | System Disbursement | 822772 | 703.75 | 703.75 | 0.00 |
| | | | Cleared: 11.29.2019 | Posted: 11.27.2019 | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 10.31.2019 | 19_10 | SN Servicing Corporation | System Disbursement | 821173 | 703.75 | 703.75 | 0.00 |
| | | | Cleared: 11.01.2019 | Posted: 10.31.2019 | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 09.30.2019 | 19_09 | SN Servicing Corporation | System Disbursement | 819469 | 695.26 | 695.26 | 0.00 |
| | | | Cleared: 10.01.2019 | Posted: 09.30.2019 | 323 Fifth Street   Eureka  CA  95501- | | | | | |
| 3 | 005 | 1 | 08.30.2019 | 19_08 | SN SERVICING CORP | System Disbursement | 817167 | 695.26 | 695.26 | 0.00 |
| | | | Cleared: 09.10.2019 | Posted: 08.30.2019 | 323 FIFTH STREET    EUREKA  CA  95501- | | | | | |
| 3 | 005 | 1 | 07.31.2019 | 19_07 | SN SERVICING CORP | System Disbursement | 815409 | 695.26 | 695.26 | 0.00 |
| | | | Cleared: 08.16.2019 | Posted: 07.31.2019 | 323 FIFTH STREET    EUREKA  CA  95501- | | | | | |
| 3 | 005 | 1 | 06.28.2019 | 19_06 | SN SERVICING CORP | System Disbursement | 813748 | 695.26 | 695.26 | 0.00 |
| | | | Cleared: 07.11.2019 | Posted: 06.28.2019 | 323 FIFTH STREET    EUREKA  CA  95501- | | | | | |
| 3 | 005 | 1 | 05.31.2019 | 19_05 | SN SERVICING CORP | System Disbursement | 812082 | 695.26 | 695.26 | 0.00 |
| | | | Cleared: 06.19.2019 | Posted: 05.31.2019 | 323 FIFTH STREET    EUREKA  CA  95501- | | | | | |
| 3 | 005 | 1 | 04.30.2019 | 19_04 | SN SERVICING CORP | System Disbursement | 810147 | 695.26 | 695.26 | 0.00 |
| | | | Cleared: 05.09.2019 | Posted: 04.30.2019 | 323 FIFTH STREET    EUREKA  CA  95501- | | | | | |
| 3 | 005 | 1 | 03.29.2019 | 19_03 | SN SERVICING CORP | System Disbursement | 808473 | 695.26 | 695.26 | 0.00 |
| | | | Cleared: 04.08.2019 | Posted: 03.29.2019 | 323 FIFTH STREET    EUREKA  CA  95501- | | | | | |
| 3 | 005 | 1 | 02.28.2019 | 19_02 | SN SERVICING CORP | System Disbursement | 806814 | 695.26 | 695.26 | 0.00 |
| | | | Cleared: 03.07.2019 | Posted: 02.28.2019 | 323 FIFTH STREET    EUREKA  CA  95501- | | | | | |
| 3 | 005 | 1 | 01.31.2019 | 19_01 | SN SERVICING CORP | System Disbursement | 805285 | 695.26 | 695.26 | 0.00 |
| | | | Cleared: 02.14.2019 | Posted: 01.31.2019 | 323 FIFTH STREET    EUREKA  CA  95501- | | | | | |
| 3 | 005 | 1 | 12.31.2018 | 18_12 | MTGLQ INVESTORS, LP | System Disbursement | 803571 | 695.26 | 695.26 | 0.00 |
| | | | Cleared: 01.07.2019 | Posted: 12.31.2018 | SHELLPOINT MORTGAGE SERVI( PO BOX 10826 GREENVILLE   SC  29603-0826 | | | | | |
| 3 | 005 | 1 | 11.30.2018 | 18_11 | MTGLQ INVESTORS, LP | System Disbursement | 802100 | 695.26 | 695.26 | 0.00 |
| | | | Cleared: 12.07.2018 | Posted: 11.30.2018 | SHELLPOINT MORTGAGE SERVI( PO BOX 10826 GREENVILLE   SC  29603-0826 | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 005 | 1 | 10.31.2018 | 18_10 | MTGLQ INVESTORS, LP | System Disbursement | 800696 | 695.26 | 695.26 | 0.00 |
| Cleared: 11.14.2018 | | | Posted: 10.31.2018 | | SHELLPOINT MORTGAGE SERVIC | PO BOX 10826 GREENVILLE SC 29603-0826 | | | | |
| 3 | 005 | 1 | 09.28.2018 | 18_09 | MTGLQ INVESTORS, LP | System Disbursement | 769214 | 695.26 | 695.26 | 0.00 |
| Cleared: 10.10.2018 | | | Posted: 09.28.2018 | | SHELLPOINT MORTGAGE SERVIC | PO BOX 10826 GREENVILLE SC 29603-0826 | | | | |
| 3 | 005 | 1 | 08.31.2018 | 18_08 | MTGLQ INVESTORS, LP | System Disbursement | 767869 | 695.26 | 695.26 | 0.00 |
| Cleared: 09.25.2018 | | | Posted: 08.31.2018 | | SHELLPOINT MORTGAGE SERVIC | PO BOX 10826 GREENVILLE SC 29603-0826 | | | | |
| 3 | 005 | 1 | 07.31.2018 | 18_07 | MTGLQ INVESTORS, LP | System Disbursement | 766340 | 695.26 | 695.26 | 0.00 |
| Cleared: 08.09.2018 | | | Posted: 07.31.2018 | | SHELLPOINT MORTGAGE SERVIC | PO BOX 10826 GREENVILLE SC 29603-0826 | | | | |
| 3 | 005 | 1 | 06.29.2018 | 18_06 | MTGLQ INVESTORS, LP | System Disbursement | 764990 | 695.26 | 695.26 | 0.00 |
| Cleared: 07.10.2018 | | | Posted: 06.29.2018 | | SHELLPOINT MORTGAGE SERVIC | PO BOX 10826 GREENVILLE SC 29603-0826 | | | | |
| 3 | 005 | 1 | 05.31.2018 | 18_05 | MTGLQ INVESTORS, LP | System Disbursement | 763603 | 695.26 | 695.26 | 0.00 |
| Cleared: 06.06.2018 | | | Posted: 05.31.2018 | | SHELLPOINT MORTGAGE SERVIC | PO BOX 10826 GREENVILLE SC 29603-0826 | | | | |
| 3 | 005 | 1 | 04.30.2018 | 18_04 | MTGLQ INVESTORS, LP | System Disbursement | 762134 | 650.87 | 650.87 | 0.00 |
| Cleared: 05.04.2018 | | | Posted: 04.30.2018 | | SHELLPOINT MORTGAGE SERVIC | PO BOX 10826 GREENVILLE SC 29603-0826 | | | | |
| 3 | 005 | 1 | 03.29.2018 | 18_03 | MTGLQ INVESTORS, LP | System Disbursement | 760703 | 2,603.48 | 2,603.48 | 0.00 |
| Cleared: 04.04.2018 | | | Posted: 03.29.2018 | | SHELLPOINT MORTGAGE SERVIC | PO BOX 10826 GREENVILLE SC 29603-0826 | | | | |

|  |  |
|---|---|
| Total Principal | 44,749.95 |
| Total Interest | 0.00 |
| Total | 44,749.95 |

Date Printed    03/15/2023  
Ref Number = 3  
Page 4 of 4  
17-62759-jpg    Doc 77    FILED 03/15/23    ENTERED 03/15/23 15:43:29    Page 7 of 11

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 005A | 1 | 02.28.2023 | 23_02 | SN Servicing Corporation | System Disbursement | 872737 | 289.23 | 289.23 | 0.00 |
| Cleared: 03.02.2023 | | | Posted: 02.28.2023 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 01.31.2023 | 23_01 | SN Servicing Corporation | System Disbursement | 871750 | 581.22 | 581.22 | 0.00 |
| Cleared: 02.02.2023 | | | Posted: 01.31.2023 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 11.30.2022 | 22_11 | SN Servicing Corporation | System Disbursement | 869565 | 290.62 | 290.62 | 0.00 |
| Cleared: 12.02.2022 | | | Posted: 11.30.2022 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 10.31.2022 | 22_10 | SN Servicing Corporation | System Disbursement | 868512 | 434.38 | 434.38 | 0.00 |
| Cleared: 11.02.2022 | | | Posted: 10.31.2022 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 09.30.2022 | 22_09 | SN Servicing Corporation | System Disbursement | 867412 | 481.67 | 481.67 | 0.00 |
| Cleared: 10.04.2022 | | | Posted: 09.30.2022 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 08.31.2022 | 22_08 | SN Servicing Corporation | System Disbursement | 866283 | 420.25 | 420.25 | 0.00 |
| Cleared: 09.02.2022 | | | Posted: 08.31.2022 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 07.29.2022 | 22_07 | SN Servicing Corporation | System Disbursement | 865061 | 276.49 | 276.49 | 0.00 |
| Cleared: 08.02.2022 | | | Posted: 07.29.2022 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 06.30.2022 | 22_06 | SN Servicing Corporation | System Disbursement | 863965 | 276.49 | 276.49 | 0.00 |
| Cleared: 07.01.2022 | | | Posted: 06.30.2022 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 05.31.2022 | 22_05 | SN Servicing Corporation | System Disbursement | 862802 | 420.18 | 420.18 | 0.00 |
| Cleared: 06.02.2022 | | | Posted: 05.31.2022 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 04.29.2022 | 22_04 | SN Servicing Corporation | System Disbursement | 861684 | 276.49 | 276.49 | 0.00 |
| Cleared: 05.03.2022 | | | Posted: 04.29.2022 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 03.31.2022 | 22_03 | SN Servicing Corporation | System Disbursement | 860633 | 276.49 | 276.49 | 0.00 |
| Cleared: 04.01.2022 | | | Posted: 03.31.2022 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 02.28.2022 | 22_02 | SN Servicing Corporation | System Disbursement | 859471 | 276.49 | 276.49 | 0.00 |
| Cleared: 03.02.2022 | | | Posted: 02.28.2022 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 01.31.2022 | 22_01 | SN Servicing Corporation | System Disbursement | 858421 | 420.24 | 420.24 | 0.00 |
| Cleared: 02.02.2022 | | | Posted: 01.31.2022 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 12.30.2021 | 21_12 | SN Servicing Corporation | System Disbursement | 857346 | 276.49 | 276.49 | 0.00 |
| Cleared: 12.31.2021 | | | Posted: 12.30.2021 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 11.30.2021 | 21_11 | SN Servicing Corporation | System Disbursement | 856195 | 440.36 | 440.36 | 0.00 |
| Cleared: 12.02.2021 | | | Posted: 11.30.2021 | | 323 Fifth Street   Eureka CA 95501- | | | | | |
| 13 | 005A | 1 | 10.29.2021 | 21_10 | SN Servicing Corporation | System Disbursement | 855050 | 296.61 | 296.61 | 0.00 |
| Cleared: 11.02.2021 | | | Posted: 10.29.2021 | | 323 Fifth Street   Eureka CA 95501- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 005A | 1 | 09.30.2021 | 21_09 | SN Servicing Corporation | System Disbursement | 853841 | 283.89 | 283.89 | 0.00 |
| Cleared: 10.04.2021 | | | Posted: 09.30.2021 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 08.31.2021 | 21_08 | SN Servicing Corporation | System Disbursement | 852584 | 427.77 | 427.77 | 0.00 |
| Cleared: 09.02.2021 | | | Posted: 09.01.2021 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 07.30.2021 | 21_07 | SN Servicing Corporation | System Disbursement | 851305 | 167.65 | 167.65 | 0.00 |
| Cleared: 08.03.2021 | | | Posted: 07.30.2021 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 06.30.2021 | 21_06 | SN Servicing Corporation | System Disbursement | 849734 | 283.84 | 283.84 | 0.00 |
| Cleared: 07.02.2021 | | | Posted: 06.30.2021 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 05.28.2021 | 21_05 | SN Servicing Corporation | System Disbursement | 848456 | 260.17 | 260.17 | 0.00 |
| Cleared: 06.02.2021 | | | Posted: 05.28.2021 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 03.31.2021 | 21_03 | SN Servicing Corporation | System Disbursement | 845611 | 407.02 | 407.02 | 0.00 |
| Cleared: 04.02.2021 | | | Posted: 03.31.2021 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 01.29.2021 | 21_01 | SN Servicing Corporation | System Disbursement | 842860 | 654.35 | 654.35 | 0.00 |
| Cleared: 02.02.2021 | | | Posted: 01.29.2021 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 11.30.2020 | 20_11 | SN Servicing Corporation | System Disbursement | 839988 | 203.52 | 203.52 | 0.00 |
| Cleared: 12.02.2020 | | | Posted: 11.30.2020 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 10.30.2020 | 20_10 | SN Servicing Corporation | System Disbursement | 838575 | 137.24 | 137.24 | 0.00 |
| Cleared: 11.30.2020 | | | Posted: 10.30.2020 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 09.30.2020 | 20_09 | SN Servicing Corporation | System Disbursement | 837190 | 62.72 | 62.72 | 0.00 |
| Cleared: 10.30.2020 | | | Posted: 09.30.2020 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 08.31.2020 | 20_08 | SN Servicing Corporation | System Disbursement | 835782 | 46.33 | 46.33 | 0.00 |
| Cleared: 09.02.2020 | | | Posted: 08.31.2020 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 07.31.2020 | 20_07 | SN Servicing Corporation | System Disbursement | 834433 | 439.37 | 439.37 | 0.00 |
| Cleared: 08.04.2020 | | | Posted: 07.31.2020 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 06.30.2020 | 20_06 | SN Servicing Corporation | System Disbursement | 833091 | 57.56 | 57.56 | 0.00 |
| Cleared: 07.02.2020 | | | Posted: 06.30.2020 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 03.31.2020 | 20_03 | SN Servicing Corporation | System Disbursement | 828901 | 462.90 | 462.90 | 0.00 |
| Cleared: 04.02.2020 | | | Posted: 03.31.2020 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 02.28.2020 | 20_02 | SN Servicing Corporation | System Disbursement | 827311 | 214.24 | 214.24 | 0.00 |
| Cleared: 03.03.2020 | | | Posted: 02.28.2020 | 323 Fifth Street  Eureka CA 95501- | | | | | | |
| 13 | 005A | 1 | 01.31.2020 | 20_01 | SN Servicing Corporation | System Disbursement | 825879 | 107.11 | 107.11 | 0.00 |
| Cleared: 02.04.2020 | | | Posted: 01.31.2020 | 323 Fifth Street  Eureka CA 95501- | | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 005A | 1 | 12.31.2019 | 19_12 | SN Servicing Corporation | System Disbursement | 824314 | 214.15 | 214.15 | 0.00 |
| Cleared: 01.02.2020 | | | Posted: 12.31.2019 | | 323 Fifth Street  Eureka  CA  95501- | | | | | |
| 13 | 005A | 1 | 11.27.2019 | 19_11 | SN Servicing Corporation | System Disbursement | 822772 | 214.21 | 214.21 | 0.00 |
| Cleared: 11.29.2019 | | | Posted: 11.27.2019 | | 323 Fifth Street  Eureka  CA  95501- | | | | | |
| 13 | 005A | 1 | 10.31.2019 | 19_10 | SN Servicing Corporation | System Disbursement | 821173 | 203.53 | 203.53 | 0.00 |
| Cleared: 11.01.2019 | | | Posted: 10.31.2019 | | 323 Fifth Street  Eureka  CA  95501- | | | | | |
| 13 | 005A | 1 | 09.30.2019 | 19_09 | SN Servicing Corporation | System Disbursement | 819469 | 227.25 | 227.25 | 0.00 |
| Cleared: 10.01.2019 | | | Posted: 09.30.2019 | | 323 Fifth Street  Eureka  CA  95501- | | | | | |
| 13 | 005A | 1 | 08.30.2019 | 19_08 | SN SERVICING CORP | System Disbursement | 817170 | 480.73 | 480.73 | 0.00 |
| Cleared: 09.10.2019 | | | Posted: 08.30.2019 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 13 | 005A | 1 | 07.31.2019 | 19_07 | SN SERVICING CORP | System Disbursement | 815410 | 227.24 | 227.24 | 0.00 |
| Cleared: 08.16.2019 | | | Posted: 07.31.2019 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 13 | 005A | 1 | 06.28.2019 | 19_06 | SN SERVICING CORP | System Disbursement | 813747 | 223.23 | 223.23 | 0.00 |
| Cleared: 07.11.2019 | | | Posted: 06.28.2019 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 13 | 005A | 1 | 05.31.2019 | 19_05 | SN SERVICING CORP | System Disbursement | 812080 | 154.48 | 154.48 | 0.00 |
| Cleared: 06.19.2019 | | | Posted: 05.31.2019 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 13 | 005A | 1 | 04.30.2019 | 19_04 | SN SERVICING CORP | System Disbursement | 810145 | 154.60 | 154.60 | 0.00 |
| Cleared: 05.09.2019 | | | Posted: 04.30.2019 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 13 | 005A | 1 | 03.29.2019 | 19_03 | SN SERVICING CORP | System Disbursement | 808472 | 154.60 | 154.60 | 0.00 |
| Cleared: 04.08.2019 | | | Posted: 03.29.2019 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 13 | 005A | 1 | 02.28.2019 | 19_02 | SN SERVICING CORP | System Disbursement | 806813 | 401.92 | 401.92 | 0.00 |
| Cleared: 03.07.2019 | | | Posted: 02.28.2019 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 13 | 005A | 1 | 01.31.2019 | 19_01 | SN SERVICING CORP | System Disbursement | 805283 | 154.54 | 154.54 | 0.00 |
| Cleared: 02.14.2019 | | | Posted: 01.31.2019 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 13 | 005A | 1 | 12.31.2018 | 18_12 | MTGLQ INVESTORS, LP | System Disbursement | 803570 | 309.33 | 309.33 | 0.00 |
| Cleared: 01.07.2019 | | | Posted: 12.31.2018 | | SHELLPOINT MORTGAGE SERVI( PO BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 13 | 005A | 1 | 10.31.2018 | 18_10 | MTGLQ INVESTORS, LP | System Disbursement | 800698 | 13.41 | 13.41 | 0.00 |
| Cleared: 11.14.2018 | | | Posted: 10.31.2018 | | SHELLPOINT MORTGAGE SERVI( PO BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 13 | 005A | 1 | 08.31.2018 | 18_08 | MTGLQ INVESTORS, LP | System Disbursement | 767868 | 462.27 | 462.27 | 0.00 |
| Cleared: 09.25.2018 | | | Posted: 08.31.2018 | | SHELLPOINT MORTGAGE SERVI( PO BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 005A | 1 | 07.31.2018 | 18_07 | MTGLQ INVESTORS, LP | System Disbursement | 766341 | 1,598.73 | 1,598.73 | 0.00 |
| Cleared: 08.09.2018 | | | Posted: 07.31.2018 | | SHELLPOINT MORTGAGE SERVI( PO BOX 10826 GREENVILLE SC 29603-0826 | | | | | |

| | |
|---|---|
| Total Principal | 15,143.60 |
| Total Interest | 0.00 |
| Total | 15,143.60 |